# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-3120
_____

United States of America,

*Plaintiff - Appellee,*

v.

Devonte Demario Colbert,

*Defendant - Appellant.*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: May 11, 2020
Filed: May 14, 2020
[Unpublished]
_____

Before COLLOTON, BEAM, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Devonte Demario Colbert appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense. His counsel has moved to withdraw, and

_____

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review under a deferential abuse-of-discretion standard, *see Gall v. United States*, 552 U.S. 38, 41 (2007), we conclude that the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc). Finally, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.

_____